UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| TERRANCE TERRELL BROWN<br>    LA. DOC #432458 | CIVIL ACTION NO. 13-2532 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| WARDEN JOHN SMITH | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this Petition for Writ of *Habeas Corpus* be deemed successive and **DISMISSED** for lack of jurisdiction.

**MONROE, LOUISIANA,** this 2nd day of October, 2013.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE